UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

M.M., *individually and as Parent and*
*Legal Guardian of NW, a minor under the age of*
*18 years,*

                        Plaintiffs,                **ORDER**

       -against-                      25 Civ. 7739 (AEK)

HENDRICK HUDSON SCHOOL DISTRICT,

                        Defendant.
--------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Clerk of Court is respectfully directed to amend the caption of this case to read as

follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

Marisa McCauley, *individually and as Parent and*
*Legal Guardian of NW, a minor under the age of*
*18 years,*

                     Plaintiffs,

       -against-                      25 Civ. 7739 (AEK)

HENDRICK HUDSON SCHOOL DISTRICT,

                        Defendant.
--------------------------------------------------------------X

      In addition, in the interest of efficiency, the Court deems Plaintiffs' letter at ECF No. 42

to be an application to modify the original Complaint (ECF No. 1-1) to substitute the name

"Marisa McCauley" in place of any references in the Complaint to "MM." The application to

modify the Complaint in this limited fashion is GRANTED.  The Complaint will now be read to state "Marisa McCauley" wherever there is a reference to "MM."

If the parties believe it to be necessary or important to make the substantive revisions to the Complaint that were offered in the proposed amended complaint filed at ECF No. 36, the Plaintiffs may submit a separate motion for leave to amend the complaint to explain the need for the amendment by no later than May 11, 2026.  The Court notes, however, that if the Court were to approve of the filing of an amended complaint, the proposed Settlement Agreement, *see* ECF No. 40 at 2, and potentially other documents associated with the proposed settlement, would have to be revised to refer to the Amended Complaint rather than to the Complaint.

Dated: May 4, 2026
        White Plains, New York

                          SO ORDERED.

                          _____
                          ANDREW E. KRAUSE
                          United States Magistrate Judge

2