UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MARISA McCAULEY, *individually and as*
*Parent and Legal Guardian of NW, a minor*
*under the age of 18 years,*

                               Plaintiffs,

            -against-

HENDRICK HUDSON SCHOOL DISTRICT,

                               Defendant.
---------------------------------------------------------------X

**INFANT COMPROMISE ORDER**

25 Civ. 7739 (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Upon reading the verified complaint of Marisa McCauley, individually and as parent and legal guardian of the infant herein; the guardian's affidavit of Marisa McCauley duly sworn to on the 6th day of April, 2026; and the affirmation of Peter D. Hoffman, Esq., duly affirmed on the 7th day of April, 2026;

Upon all pleadings, proceedings, and exhibits had herein, and the Court having given due deliberation thereto, and it appearing that the proposed settlement and compromise is in the best interests of the infant plaintiff, N.W.;

Now, upon application of the Law Office of Peter D. Hoffman. P.C., attorneys for N.W. (the "infant plaintiff") and Marisa McCauley (the "plaintiff"), individually and as parent and legal guardian of N.W. (collectively, the "plaintiffs"), it is

ORDERED, that Marisa McCauley, as parent and legal guardian of the infant plaintiff herein, be and hereby is authorized to enter into a compromise of the infant plaintiff's personal injury claim herein upon the within terms, to wit:

ORDERED, that the liability insurance carrier for the defendant, New York Schools Insurance Reciprocal, shall pay the amount set forth in the parties' Settlement Agreement and

General Release as and for the settlement of the herein-described claim, which sum shall be distributed as follows:

The settlement amount set forth in the parties' Settlement Agreement and General Release shall be placed in an account with Chase Bank (the "Bank") set up in a trust for the infant plaintiff, N.W., by her parent, Marisa McCauley, until such time as the infant plaintiff reaches 18 years of age; and it is further

ORDERED that the Settlement Agreement and General Release will be signed on behalf of the infant plaintiff and will then be sent to the defendant for signature, and all payments herein will be paid within the timeframe set forth in the Settlement Agreement and General Release; and it is further

ORDERED, that after the defendant's compliance with this Order, inclusive of payment to the infant plaintiff, the defendant will have fully satisfied its obligations to the plaintiff and the infant plaintiff and shall then be discharged from any and all responsibility as to any and all claims set forth in this action; and it is further

ORDERED, that any cause of action for medical expenses of the parent and legal guardian be and the same hereby is dismissed without costs and with prejudice; and, it is further

ORDERED that Marisa McCauley, as the parent and legal guardian of N.W., is authorized to execute and deliver to the defendant and/or its attorneys the Settlement Agreement and General Release, and any and all other necessary instruments required to effectuate the settlement and compromise, thereby releasing all claims which the plaintiffs have brought against the defendant, and to execute and deliver a stipulation of discontinuance with prejudice and without costs, interest or disbursements, discontinuing all causes of action alleged in the pleadings against the defendant; and it is further

ORDERED, that the plaintiffs shall thereby discontinue all claims;

2

ORDERED that, conditioned on compliance with the terms of this Order, the plaintiff, as parent and legal guardian of N.W., is authorized and empowered to execute and deliver a general release and any other instruments necessary to effectuate the settlement herein; and it is further

ORDERED, that the funds deposited in the Bank shall be held therein for the sole use and benefit of the infant plaintiff, subject to the further order of this Court; and it is further

ORDERED, that the Bank shall place these funds in the highest interest-bearing time accounts or certificates of deposit, and it is further

ORDERED, that in the event of death of the infant plaintiff on or prior to the 18th birth date of the infant plaintiff, all of the aforesaid sums described in the Bank shall be paid to the estate of the infant plaintiff, or to the designated beneficiary of the infant plaintiff's estate;

ORDERED, that the attorney for the plaintiffs shall serve a copy of this Order upon the Bank and shall arrange for the deposit of said funds as expeditiously as is reasonably possible; and it is further

ORDERED that the filing of a bond be dispensed with in accordance with the applicable provisions of New York Civil Practice and Rules.

ORDERED that the filing of a bond is hereby waived.

Dated: June 16, 2026
      White Plains, New York

                    **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

3