UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

MARISA McCAULEY, *individually and as*
*Parent and Legal Guardian of NW, a minor*
*under the age of 18 years,*

                      Plaintiffs,                **ORDER**

      -against-                      25 Civ. 7739 (AEK)

HENDRICK HUDSON SCHOOL DISTRICT,

                      Defendant.
--------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Pursuant to Local Civil Rule 83.2(a) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiffs' counsel has submitted a proposed order and supporting affidavits seeking court approval of the parties' settlement . The Court has reviewed Plaintiffs' submissions. *See* ECF Nos. 37, 38, 39, 40. Based on these submissions and the infant compromise hearing held on December 11, 2025, the Court concludes that the settlement is fair, reasonable, and in the best interests of the child. *See Yasmin D. v. City of New York*, No. 14-cv-7131 (JGK) (HBP), 2016 WL 4734592, at *2 (S.D.N.Y. Aug. 22, 2016) (explaining that "the analysis in this jurisdiction centers on whether: (1) the best interests of the infant are protected by the terms and conditions of the proposed settlement; and (2) the proposed settlement, including any legal fees and expenses to be paid, as part of the proposal, are fair and reasonable." (cleaned up)), *adopted by* 2016 WL 4735365 (S.D.N.Y. Sept. 9, 2016).

Accordingly, the proposed terms of the settlement are hereby APPROVED. The signed infant compromise order will be docketed separately.

\*      \*      \*      \*      \*      \*

2

Because the Court has now approved the settlement, it is hereby ordered that this action is **dismissed, without prejudice to restoring the action to the Court's calendar provided the application is made within 30 days of this Order**.  Any application to reopen that is filed after 30 days from the date of this Order may be denied solely on that basis.

The Clerk of Court is respectfully directed to close this case.

Dated: June 16, 2026
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

2